CHAMBERS OF
CHARLES R. WOLLE
SENIOR JUDGE
UNITED STATES COURTHOUSE
EAST FIRST AND WALNUT
DES MOINES, IOWA 50309

☎ 515-284-6289
FAX 515-284-6440

FINANCIAL
DISCLOSURE OFFICE

2005 APR 27 A 10: 37

RECEIVED

April 18, 2005

Committee on Financial Disclosure
Admin Office of US Courts
    Ste 2-301
One Columbus Circle
Washington, DC 20544
        Re: Calendar Year 2004 Filing
            Correction per your 3-30-05 letter

Responding to the last part of your letter requesting
a response, I attach a corrected page containing
Part VII, page 3, adding lines 45 and 46.
    "Wells Fargo, & Co" was omitted from the 2-17-05
through oversight. It is now line 45.
    "Union Planters Corp" was also omitted and is now
line 46, but with its new corporate name of
"Regions Financial Corp" due to a merger last year.

    I regret these oversights.

                Very truly yours,

                ████████████████

                SR US DISTRICT JUDGE

Enc  4 Copies of corrected VII- p3

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Charles R. Wolle

Date of Report: Feb. 17, 2005

Corrected 4·18·05

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g, div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, ML = Merrill Lynch | | | | | | | | | |
| 35 Vanguard (cont.) Vanguard Emerging MK | A | div | K | T | | | | | |
| 36 Vanguard European | A | div | K | T | | | | | |
| 37 Vanguard Pacific | A | div | K | T | | | | | |
| 38 General Growth Pts | A | div | J | T | | | | | |
| 39 ML Rollover IRRA Intl. Game Tech Comm | A | div | J | T | buy 6-3 | 6-3 | J | | |
| 40 RAE Syst. Common | A | div | J | T | buy 9-8 | 9-8 | J | | |
| 41 Berkshire Hath CLB | A | div | K | T | buy 6-3 | 6-3 | K | | |
| 42 LM Ericsson ORD | A | div | K | T | Received 4-1 | 4-1 | K | | ▮▮▮ Died: Received from Decedent's estate |
| 43 Electrolux CLB ORD | A | div | K | T | 4-1 | 4-1 | K | | " " |
| 44 SKF AB ORD | A | div | K | T | 4-1 | 41 | K | | " " |
| 45 Wells Fargo & Co Common | A | div | J | T | | | | | |
| 46 Regions FINL CORP (formerly Union Plantrs Corp) | A | div | J | T | merger in 2004 | | | | |

2005 APR 27 A 10: 38

FINANCIAL DISCLOSURE OFFICE

RECEIVED

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | | |
| | | | | H2=More than $5,000,000 | | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting (Last name, first, middle initial) Wolle, Charles R. | 2. Court or Organization US District Court - SDIA | 3. Date of Report Feb. 17, 2005 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SR US DISTRICT JUDGE - SDIA | 5. Report Type (check appropriate type) __ Nomination, Date _____ __ Initial  X Annual  __ Final | 6. Reporting Period 1-1-04 to 12-31-04 |
|---|---|---|

| 7. Chambers or Office Address 410 US Courthouse Annex 130 East Court Street Des Moines, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date ____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Director and VP-Secretary | Genoa Lakes Homeowner's Assn. |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | $ |
| 3 | | $ |
| | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Charles A. Wolle | 2-17-05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | June 6-12 Geo Mason Law + Econ., Arlington, VA | Travel, meals, lodging to attend Seminar on American Societal Law Issues - Santa Fe, NM |
| 2 | July 26-30 Natl. Judicial College, Reno, NV | Travel, meals, lodging to serve as faculty at Judicial Writing 4-day course in Reno, NV |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | ☒ NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | ☒ NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000     P3=25,000,001-50,000,000     P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Charles R. Walle

Date of Report: 2-17-05

(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| X NONE (No reportable income, assets, or transactions.) ML = Merrill Lynch | | | | | | | | | |
| 1 ML IRA - Directed | B | div | K | T | | | | | |
| 2 ML Basic Value Fund | A | div | J | T | | | | | |
| ML Dragon Fund | A | div | J | T | | | | | |
| 3 ML Euro Fnd " | A | div | J | T | | | | | |
| 4 ML Global Alloc Fund | B | div | K | T | | | | | |
| 5 Identix Inc Common | A | div | J | T | | | | | |
| 6 Retirement Res Fund | A | div | J | T | | | | | |
| 7 Rollover IRRA - ML | A | div | J | T | | | | | |
| ATT Wireless Common | A | div | J | T | | | | | |
| 8 Berkshire Hath B | A | div | K | T | | | | | |
| 9 BP Amoco PLC ADR | A | div | K | T | | | | | |
| 10 Citigroup Inc Common | A | div | J | T | | | | | |
| 11 Cisco Sys. Common | A | div | J | T | | | | | |
| 12 Irish Inv Fund | A | div | J | T | | | | | |
| 13 Progressive Ret. Fund | A | div | J | T | | | | | |
| 14 General Elec. Common | A | div | J | T | | | | | |
| 15 Hellenic Tele ADR | A | div | J | T | | | | | |
| 16 Intel Common | A | div | J | T | | | | | |
| 17 Johnson + Johnson Common | A | div | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   F=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

WOLFE, Charles R.



Date of Report

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| ML = Merrill Lynch | | | | | | | | | |
| 18 ML Rollover IRRA (Cont) MCI World Com Comm | A | div | J | T | Value O -Bankrupcy | 12-1 | — | — | Compar Stock to Zero |
| 19 McDonalds Corp Comm | A | div | J | T | | | | | |
| 20 Microsoft Common | A | div | J | T | | | | | |
| 21 Nokia CORP ADR | A | div | J | T | | | | | |
| 22 Pfizer Common | A | div | J | T | | | | | |
| 23 SYLVAN Learning Comm | A | div | J | T | | | | | |
| 24 Walmart Common | A | div | J | T | | | | | |
| 25 MduBank USA | A | div | K | T | | | | | |
| 26 Fidelity Adv Myt Fnd | A | div | K | T | | | | | |
| 27 United Parcel Comm | A | div | K | T | | | | | |
| FLA East Coast Comm | A | div | | T | | | | | |
| 28 AOL Time Warner Comm | A | div | J | T | | | | | |
| 29 American Exp, Comm | A | div | J | T | | | | | |
| 30 Corning Inc " | A | div | J | T | | | | | |
| 31 Oracle Corp " | A | div | J | T | | | | | |
| 32 Starwood Hotels " | A | div | J | T | | | | | |
| 33 Sun Microsyt " | A | div | J | T | | | | | |
| 34 Vanguard Cust IRA Rollover FUNDS Vanguard 500 Ind A div K T | | | | | | | | | |

| | | | | | B=$15,001-$50,000 |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | E=$15,001-$50,000 M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | P4=More than $50,000,000 T=Cash/Market |

Name of Person Reporting: Charles R. Wolle

Date of Report: Feb. 17, 2005

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, ML = Merrill Lynch Vanguard (cont.) | | | | | | | | | |
| 35 Vanguard Emerging MK | A | div | K | T | | | | | |
| 36 Vanguard European | A | div | K | T | | | | | |
| 37 Vanguard Pacific | A | div | K | T | | | | | |
| 38 General Growth Pts | A | div | J | T | | | | | |
| 39 ML Rollover IRRA Intl. Game Tech Comm | A | div | J | T | buy 6-3 | 6-3 | J | | |
| 40 RAE Syst. Common | A | div | J | T | buy 9-8 | 9-8 | J | | |
| 41 Berkshire Hath CLB | A | div | K | T | buy 6-3 | 6-3 | K | | Died: |
| 42 LM Ericsson ORD | A | div | K | T | Received 4-1 | 4-1 | K | | Received from Decedent's estate |
| 43 Electrolux CLB ORD | A | div | K | T | 4-1 | 4-1 | K | | " " |
| 44 SKF AB ORD | A | div | K | T | 4-1 | 41 | K | | " " |
| 11 END | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Charles R. Wolle

Date of Report

Feb. 17, 2005

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date _February 17, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544